UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| GERMARKCUS LAVEL BROWN,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>Defendants. | Case No.: 6:22-cv-00667-WWB-DCI |

**NOTICE OF SETTLEMENT
AS TO DEFENDANT TRANS UNION LLC ONLY**

NOTICE IS HEREBY GIVEN that Plaintiff Germarkcus Lavel Brown and Defendant Trans Union LLC ONLY have settled all claims between them in this matter. The Parties are in the process of completing the final settlement documents and expect to file the appropriate dismissal documents as to Defendant Trans Union LLC ONLY within sixty (60) days.

Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as to Defendant Trans Union LLC ONLY. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing settlement.

This cause still proceeds as to Defendant Experian Information Solutions, Inc.

Respectfully submitted this 15th day of June 2022.

/s/ Santiago J Teran
Santiago J Teran
FL Bar No. 1018985
NY Bar No. 5528906
Price Law Group, APC
santiago@pricelawgroup.com
2125 Biscayne Blvd., Ste 206
Miami, FL 33137
Direct: (347) 946-7990
Facsimile: (818) 600-5486

*Attorneys for Plaintiff*
*Germarkcus Lavel Brown*