**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

GERMARKCUS LAVEL BROWN,

    Plaintiff,

v.                                                         Case No. 6:22-cv-667-WWB-DCI

EXPERIAN INFORMATION
SOLUTIONS, INC. and TRANS UNION
LLC,

    Defendants.
_____

## **ORDER**

The Court has been advised by Plaintiff's Notice of Settlement that the above-styled action has been completely settled as to Trans Union LLC. (Doc. 7 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** as to Defendant Trans Union LLC subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to terminate Trans Union LLC as a defendant in this matter and amend the case style accordingly.

**DONE AND ORDERED** at Orlando, Florida on June 16, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record