# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

GERMARKCUS LAVEL BROWN,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,

Defendants.

Case No.: 6:22-cv-00667-WWB-DCI

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Germarkcus Lavel Brown and Defendant Experian Information Solutions, Inc. have settled all claims between them in this matter. The Parties are in the process of completing the final settlement documents and expect to file the appropriate dismissal documents within sixty (60) days.

Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing settlement.

In accordance with the Court's June 16, 2022 Order, this cause has been dismissed with prejudice as to Defendant Trans Union LLC "subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter

a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings." (Doc. 9).

Respectfully submitted this 11th day of July 2022.

/s/ Santiago J Teran
Santiago J Teran
FL Bar No. 1018985
NY Bar No. 5528906
Price Law Group, APC
santiago@pricelawgroup.com
2125 Biscayne Blvd., Ste 206
Miami, FL 33137
Direct: (347) 946-7990
Facsimile: (818) 600-5486

*Attorneys for Plaintiff*
*Germarkcus Lavel Brown*